# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01579-RPM

KARI TANDY,

    Plaintiff,

v.

VOYA FINANCIAL, INC., f/k/a ING U.S., INC.;
ING INSTITUTIONAL PLAN SERVICES, LLC f/k/a CITISTREET, LLC;
ING INVESTMENT ADVISORS, LLC;
CITIGROUP, INC.;
STATE STREET, CORP. d/b/a/ STATE STREET RETIREE SERVICES and CITISTREET; and
CENTURY LINK, INC.,

    Defendants.

_____

## ORDER TO RESPOND TO JOINT MOTION FOR STAY
_____

    On August 27, 2014, defendant Century Link, Inc. and plaintiff Kari Tandy filed a Joint Motion to Stay Pending Administrative Review of ERISA Claims. The other named defendants filed a Partial Motion to Dismiss Under Fed.R.Civ.P. 12(b)(6) on August 5, 2014. The plaintiff has not responded to that motion which includes preemption under ERISA and statute of limitations issues. It is now

    ORDERED that the defendants other than Century Link, Inc. shall on or before September 20, 2014, file a response to the joint motion to stay.

    DATED: September 3rd, 2014

                                               BY THE COURT:

                                               s/Richard P. Matsch

                                               _____
                                               Richard P. Matsch, Senior District Judge