# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Richard P. Matsch, Senior District Judge

Civil Action No. 1:14-cv-01579-RPM

KARI TANDY,

    Plaintiff,

v.

VOYA FINANCIAL, INC., f/k/a ING U.S., INC.;
ING INSTITUTIONAL PLAN SERVICES, LLC f/k/a CITISTREET, LLC;
ING INVESTMENT ADVISORS, LLC;
CITIGROUP, INC.;
STATE STREET, CORP. d/b/a/ STATE STREET RETIREE SERVICES and CITISTREET; and
CENTURY LINK, INC.,

    Defendants.

_____

## STAY ORDER
_____

    Pursuant to the Joint Motion to Stay filed by the plaintiff and defendant Century Link, Inc., on August 27, 2014 [17], and the Joint Motion to Stay filed by the plaintiff and other defendants on September 4, 2014, it is

    ORDERED that this civil action is stayed pending completion of the Plan Administrative Procedures, and it is

    FURTHER ORDERED that a status report shall be filed by the plaintiff on or before December 1, 2014.

    DATED: September 4th, 2014

                                         BY THE COURT:

                                         s/Richard P. Matsch
                                         _____
                                         Richard P. Matsch, Senior District Judge