IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01579-RPM

KARI TANDY,

    Plaintiff,

v.

VOYA FINANCIAL, INC., f/k/a ING U.S., INC.; ING INSTITUTIONAL PLAN SERVICES, LLC f/k/a CITISTREET, LLC; ING INVESTMENT ADVISORS, LLC; CITIGROUP, INC.; STATE STREET, CORP. d/b/a/ STATE STREET RETIREE SERVICES and CITISTREET; and CENTURY LINK, INC.,

    Defendants.
_____

## ORDER LIFTING STAY OF ACTION AND SETTING A SCHEDULE
_____

    Having reviewed the Parties Joint Motion to Lift Stay of Action and to Set a Schedule, it is hereby

    ORDERED that the stay of this matter, ordered September 4, 2014, is hereby lifted, and that Plaintiff shall have on and through January 29, 2015 to file her response to Defendants' outstanding Fed.R.Civ.P. 12(b) motion.

    DATED: 16th day of January, 2015,

                  BY THE COURT

                  s/Richard P. Matsch
                  _____
                  Richard P. Matsch, Senior District Judge