**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                April 17, 2015
Courtroom Deputy: Bernique Abiakam
ECR Technician:    Kathy Terasaki

Civil Action No. 14-cv-01579-RPM

| | |
|---|---|
| KARI TANDY, | Jeffrey D. Pederson |
| Plaintiff, | |
| v. | |
| VOYA FINANCIAL, INC., f/k/a ING U.S., INC., ING INSTITUTIONAL PLAN SERVICES, LLC f/k/a CITISTREET, LLC, ING INVESTMENT ADVISORS, LLC, CITIGROUP, INC., STATE STREET, CORP d/b/a STATE STREET RETIREE SERVICES and CITISTREET, and CENTURY LINK, INC., | Joel S. Feldman Edward C. Stewart Elizabeth I. Kiovsky |
| Defendants. | |

## COURTROOM MINUTES

**Hearing on Partial Motion to Dismiss**

**10:29 a.m.    Court in session.**

Court calls case.  Appearances of Counsel.  Also present, Cynthia Delaney and Joan Brown, in-house counsel for Century Link.

Court's preliminary remarks.

10:33 a.m.    Argument by Mr. Feldman.  Questions by the Court.

10:35 a.m.    Argument by Mr. Pederson.  Questions by the Court.

10:39 a.m.    Argument by Ms. Kiovsky.  Questions by the Court.

Further comments and discussion.

**ORDERED:** **Defendants Voya Financial, Inc., ING Institutional Plan Services, LLC, ING Investment Advisors, LLC, and State Street Corporation's Partial Motion To Dismiss Under Fed.R.Civ.P. 12(b)(6) [Filed 8/5/14; Doc. No. 14] is GRANTED as to the withdrawals under Fiduciary Duty, other than the 2 withdrawals within the 6 year statute of limitation. The 3rd claim for relief, as to Negligence, is Dismissed. The 2nd claim for relief, as to Benefits, is GRANTED, as they are not the proper defendants.**

**10:46 a.m.**   **Court in recess.**   Hearing concluded. Total time: 17 minutes.