IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01579-RPM

KARI TANDY,

    Plaintiff,

v.

VOYA FINANCIAL, INC., f/k/a ING U.S., INC.; ING INSTITUTIONAL PLAN SERVICES, LLC f/k/a CITISTREET, LLC; ING INVESTMENT ADVISORS, LLC; CITIGROUP, INC.; STATE STREET, CORP. d/b/a/ STATE STREET RETIREE SERVICES and CITISTREET; and CENTURY LINK, INC., Defendants.

_____

**RESPONSE SHOWING CAUSE; UNCONTESTED MOTION TO DISMISS DEFENDANTS VOYA FINANCIAL, INC., f/k/a ING U.S., INC.; ING INSTITUTIONAL PLAN SERVICES, LLC f/k/a CITISTREET, LLC; ING INVESTMENT ADVISORS, LLC; CITIGROUP, INC.; STATE STREET, CORP. d/b/a/ STATE STREET RETIREE SERVICES and CITISTREET; AND MOTION TO AMEND COMPLAINT**
_____

    PLAINTIFF, by and through her attorney of record, and for her Response Showing Cause, Motion to Dismiss states the following:

    This Court had issued a show cause order as to why Plaintiff should not file an amended complaint removing the non-CenturyLink Defendants and pursuing the benefits claim against CenturyLink. Plaintiff and the Non-CenturyLink Defendants had been speaking since the hearing in April but had not finalized the terms of the dismissal until August 13, 2015. Those terms are now final. As such, the Plaintiff seeks dismissals of Defendants so identified in the Order and further seeks to amend her Complaint to simplify the issues.

    Plaintiff moves to dismiss Voya Financial, Inc., f/k/a ING U.S., Inc.; ING Institutional Plan Services, LLC f/k/a Citistreet, LLC; ING Investment Advisors, LLC; State Street, Corp. D/B/A/ State

Street Retiree Services and Citistreet with prejudice. Citigroup, Inc. never entered an appearance and dismissal without prejudice is sought. Further, each party agrees to assume that respective party's own attorney fees and costs associated with this action.

Plaintiff further moves to Amend to remove the dismissed Defendants and have the Complaint comport with this Court's prior ruling. Plaintiff also wishes the Amended Complaint to reflect that she has changed her name to her maiden name of "Kari Meyer." The proposed amendment is attached as Exhibit 1.

WHEREFORE Plaintiff respectfully requests that this Court enter a finding that the showing of cause has been satisfied, grant the dismissal requested and grant Plaintiff's request to amend the Complaint consistent with the First Amended Complaint attached hereto as Exhibit 1.

Respectfully submitted this 17th day of August, 2015,

>/s/ Jeffrey Pederson (original on file)
> Jeffrey Pederson
> Jeffrey Pederson, P.C.
> 5619 DTC Pkwy., Suite 1100
> Greenwood Village, Colorado 80111
> Telephone: (303) 300-5022
> E-mail: jdp@jpedersonlaw.com,

CERTIFICATE OF SERVICE (CM/ECF)

       I hereby certify that on August 17, 2015, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- Daniel Robert Thies

dthies@sidley.com, efilingnotice@sidley.com

- Edward Craig Stewart

stewart@wtotrial.com, graham@wtotrial.com, powell@wtotrial.com

- Joel Stephen Feldman

jfeldman@sidley.com, efilingnotice@sidley.com

- Elizabeth I. Kiovsky

beth@kdemploymentlaw.com

                                                */s/ Jeffrey Pederson (original on file)*
                                                Jeffrey Pederson
                                                Jeffrey Pederson, P.C.
                                                5619 DTC Pkwy., Suite 1100
                                                Greenwood Village, Colorado 80111
                                                Telephone: (303) 300-5022
                                                E-mail: jdp@jpedersonlaw.com

                                                *Attorney for Plaintiff*