IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Richard P. Matsch, Senior District Judge

Civil Action No. 1:14-cv-01579-RPM

KARI TANDY,

    Plaintiff,

v.

VOYA FINANCIAL, INC., f/k/a ING U.S., INC.;
ING INSTITUTIONAL PLAN SERVICES, LLC f/k/a CITISTREET, LLC;
ING INVESTMENT ADVISORS, LLC;
CITIGROUP, INC.;
STATE STREET, CORP. d/b/a/ STATE STREET RETIREE SERVICES and CITISTREET;
and
CENTURY LINK, INC.,

    Defendants.
_____

ORDER DISMISSING DEFENDANTS OTHER THAN CENTURY LINK
_____

Pursuant to the plaintiff's response to the Order to Show Cause Doc. [30], it is

ORDERED that this civil action is dismissed with prejudice as to defendants Voya Financial, Inc., f/k/a ING U.S., Inc.; ING Institutional Plan Services, LLC f/k/a Citistreet, LLC; ING Investment Advisors, LLC; and State Street, Corp., d/b/a State Street Retiree Services and without prejudice as to defendant Citigroup, Inc., and the Order to Show Cause is discharged.

DATED: August 18th, 2015

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge