IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Richard P. Matsch, Senior District Judge

Civil Action No. 1:14-cv-01579-RPM

KARI TANDY,

    Plaintiff,

v.

CENTURY LINK, INC.,

    Defendant.

_____

ORDER GRANTING MOTION TO AMEND COMPLAINT
_____

    Upon review of the Motion to Amend Complaint [Doc. 30], it is

    ORDERED that the motion is granted and the amended complaint attached thereto is accepted for filing.

    DATED: August 18th, 2015

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge