## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 1:14 CV 01579 RPM

KARI TANDY, n/k/a KARI MEYER

    Plaintiff,

v.

CENTURYLINK, INC.

    Defendant.

___

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT JOINT REPORT
___

THE COURT, having reviewed Plaintiff's Unopposed Motion for Extension of Time to File Joint Report finds that good cause exists to grant said Motion. The requested extension is for only seven days and will allow the parties to review the administrative record and discuss the requested matters in a more intelligent manner.

IT IS ORDERED that the deadline for the Report be extended seven days and now be due on October 2, 2015.

DATED: September 23, 2015

BY THE COURT

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge